## GLADNEY v. WARDEN OF THE MARY-LAND PENITENTIARY

[App. No. 63, September Term, 1962.]

*Decided February 15, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons given by Judge Manley for denying relief below, this application for leave to appeal is hereby denied.